## LUSE v. OAKS AND OAKS.

**Husband and wife:** LIABILITY FOR WIFE'S TORTS. The case of *McElfresh v. Kirkendall, ante,* 224, holding that the husband is liable for the torts of the wife, and may be sued jointly with her for slanderous words spoken by her, followed.

*Appeal from Johnson District Court.*

THURSDAY, JUNE 12.

THE facts are stated in the opinion.

*Williams & Ewing* for the appellant.

*Fairall, Boal & Jackson* for the appellees.

DAY, J. — The plaintiff filed her petition claiming of defendants $5,000 damages for slanderous words spoken by one of defendants, Mary Oaks, the wife of the other defendant, Nicholas Oaks. The defendant Nicholas Oaks demurred, upon the ground that he is not jointly liable for slander committed by his wife. The court sustained the demurrer, and plaintiff appeals.

This precise question was decided adversely to this ruling of the court in *McElfresh* v. *Kirkendall* at the present term, *ante,* 224. Following that decision the judgment is

Reversed.